UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
SEP 7 2000
DAVID W. DANIEL, CLERK
US DISTRICT COURT, EDNC
BY ___ JS ___ DEP. CLERK

RICHARD J. DALTON, )
)
Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:99-CV-356-BR(3)
)
CAPITAL ASSOCIATED INDUSTRIES, )
INC., GEORGE E. SHELTON, III, )
WAYNE L. LEHTO and JOHN B. )
GUPTON, )
)
Defendants. )

BR DB#21, p.32

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motion for summary judgment is GRANTED and this action is DISMISSED. (BRITT, J)

**This Judgment Filed and Entered on September 7, 2000, and Copies To:**

Reid Russell
4020 WestChase Blvd., Suite 550
Raleigh, NC 27607

Bruce Clarke
P. O. Box 31608
Raleigh, NC 27622

R. Frost Branon, Jr.
1235-E East Boulevard, #163
Charlotte, NC 28203

September 7, 2000          DAVID W. DANIEL, CLERK

(By) Deputy Clerk